JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYLENCE TANG and WEI PING LI,<br><br>Defendants. | NO. CR05-197C<br><br>ORDER GRANTING MOTION TO CONTINUE DEADLINE FOR FILING PRETRIAL MOTIONS AND TRIAL DATE |

THE COURT having considered the stipulation of the parties, the records and files herein, and the motion for continuance of pretrial motions date and trial date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//

ORDER GRANTING MOTION TO CONTINUE
DEADLINE FOR FILING PRETRIAL MOTIONS
AND TRIAL DATE - 1
(Waylence Tang CR05-197C)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed in this case is extended from June 27, 2005 to July 25, 2005 and the trial date is extended from July 25, 2005 to September 12, 2005.

DONE this <u>1st</u> day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/Nancy Tenney / WSBA No. 35304
Attorney for Waylence Tang
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA  98101
Telephone:  206/553-1100
Fax:             206/553-0120
e-mail:  <u>NancyTenney@fd.org</u>


s/Robert J. Wayne
Attorney for Wei Ping Li
2110 N. Pacific St., Suite 100
Seattle, WA  98103-9181
206/343-5100
206/633-4443
<u>bwayne@TrialsNW.com</u>

s/Karyn Johnson
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA  98101-1271
Telephone:  206/553-7970
Fax:             206/553-0755
e-mail:  KarynJohnson@usdoj.gov

ORDER GRANTING MOTION TO CONTINUE
DEADLINE FOR FILING PRETRIAL MOTIONS
AND TRIAL DATE - 2
(Waylence Tang CR05-197C)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100