The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>WAYLENCE TANG,<br><br>  Defendant. | No. 05-CR-0197-C<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL ONE WEEK |

This matter comes before the Court on a stipulated motion by the parties to continue the trial date for one week from December 5 to December 12, 2005.

The Court having reviewed the records and files, the Court now hereby finds as follows:

The government indicates that it is providing additional discovery to the defense, and the parties agree that the defense will require additional time to review the discovery and conduct appropriate investigation related to the discovery. Under all the circumstances, the Court finds that the failure to grant the requested continuance would likely result in a miscarriage of justice. The Court further finds that the interests of the public and the defendant in a speedy trial in this case is outweighed by the ends of justice served by continuing the trial date. Therefore,

ORDER - 1

IT IS HEREBY ORDERED that the trial date shall be continued from December 5 to December 12, 2005, and the time between December 5 and December 12 shall be excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(i) and (B)(iv).

DATED this 22nd day of November, 2005.

_____
The Honorable John C. Coughenour
United States District Court Judge

Presented by:

*s/ Amanda E. Lee*
AMANDA E. LEE, WSBA #19970
Counsel for Defendant Waylence Tang
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  lee@sgb-law.com


*s/ Karyn S. Johnson*
KARYN S. JOHNSON, WSBA #28857
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone:  (206) 553-2462
Fax:  (206) 553-2422
Email:  karyn.s.johnson@usdoj.gov